IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHNNA L. RAPP,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

    v.                                         Case No. 12-cv-353-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of plaintiff Johnna L. Rapp against defendant Carolyn W. Colvin awarding plaintiff attorney fees and expenses in the amount of $7,424.02 pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.


       s/J. Smith, Deputy Clerk                             4/08/2015
    Peter Oppeneer, Clerk of Court                         Date